\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 1:15-cv-248 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| BOMGAR CORPORATION, | § | BRC |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

On this day, Plaintiff PanTaurus LLC ("PanTaurus") and Defendant Bomgar Corporation ("Bomgar") announced to the Court that they have resolved PanTaurus's claims for relief against Bomgar asserted in this case. PanTaurus, with the agreement of Bomgar, has therefore requested that the Court dismiss PanTaurus's claims for relief against Bomgar with prejudice, with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that the Agreed Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED that PanTaurus's claims for relief against Bomgar are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

So **ORDERED** and **SIGNED** this **31** day of **July, 2015.**

_____
Ron Clark, United States District Judge